# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

FILED
4-29-08  lcw
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS

RICHARD ANGELO ZUCCO

USDC NDFL CASE NO. 3:04cr75-01/RV

USDC N/D 08CR299

## TRANSFER OF JURISDICTION FOR SUPERVISED RELEASE

Clerk, U.S. District Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

    The above-styled case is being transferred to your district by Judge Roger Vinson pursuant to the enclosed Court Order for Transfer of jurisdiction for Supervised Release. Enclosed is a certified copy of the order and certified copies of the indictment, judgment and docket sheet in the above referenced case.

    Please acknowledge receipt on the enclosed copy of this notice of transmittal.

WILLIAM M. McCOOL, CLERK OF COURT

_April 25, 2008_
DATE:

/s/ Jerry Marbut
Deputy Clerk: Jerry Marbut

Acknowledgment:
Date received in your district: _____
Your Case No.: _____

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | RECEIVED MAR 31 2008 US PROBATION OFFICE CHICAGO, ILLINOIS | DOCKET NUMBER (Tran. Court) 3:04CR75-01/RV |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Richard Angelo Zucco a/k/a Rich Zucco | | DISTRICT Florida Northern | DIVISION Pensacola |
| | | NAME OF SENTENCING JUDGE Honorable Roger Vinson, Senior U.S. District Judge | |
| | DOCKETED APR 16 2008 | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/14/08 — TO 03/13/11 |
| OFFENSE Escape, 18 U.S.C. §§ 751(a) and 4082(a) | 08CR 299 | | JUDGE SHADUR |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA    **MAGISTRATE JUDGE VALDEZ**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/25/08
Date                                                                              Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 14 2008
Effective Date                                                              James F. Holderman
                                                                             United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 4-17-08

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By _____ Deputy Clerk

FILED
APR 14 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. District Court
## Northern District of Florida (Pensacola)
## CRIMINAL DOCKET FOR CASE #: 3:04-cr-00075-RV-1
### Internal Use Only

Case title: USA v. ZUCCO et al

Date Filed: 07/21/2004
Date Terminated: 12/14/2004

Assigned to: SENIOR JUDGE ROGER VINSON

Appeals court case number: 04-16568-A

**Defendant (1)**

RICHARD ANGELO ZUCCO
*TERMINATED: 12/14/2004*
*also known as*
RICH ZUCCO
*TERMINATED: 12/14/2004*

represented by RICHARD ANGELO ZUCCO
04833-078
FCI MARIANNA
FEDERAL CORRECTIONAL INSTITUTION
P. O. BOX 7007
MARIANNA, FL 32447
*PRO SE*

GWENDOLYN SPIVEY
FEDERAL PUBLIC DEFENDER OFFICE - TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850/942-8818
Fax: 942-8809
Email: gwen_spivey@fd.org
*LEAD ATTORNEY*

THOMAS S KEITH
FEDERAL PUBLIC DEFENDER OFFICE - PENSACOLA FL
3 WEST GARDEN STREET, SUITE 200
PENSACOLA, FL 32502
850/432-1418
Fax: 434-3855
Email: thomas_keith@fd.org
*TERMINATED: 01/18/2005*
*Designation: Public Defender or Community Defender Appointment*

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: [signature]
Deputy Clerk

**Pending Counts**

**Disposition**

| | |
|---|---|
| PRISONER IN CUSTODY OF INSTITUTION OR OFFICER (1) | SENTENCING HEARING continued from November 23, 2004. Defendant sentenced to the custody of the Bureau of Prisons for a term of 24 months to be served consecutive to current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. 3 years S/R to be served concurrent with current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. Fine $1000.00. SMA: $100.00 SEE FORMAL JUDGMENT. |
| ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES (3) | Count three dismissed upon motion of the United States. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                   **Disposition**

None

---

**Plaintiff**

USA                               represented by   **DIXIE A MORROW**
                                                   US ATTORNEY - PENSACOLA FL
                                                   21 E GARDEN ST
                                                   STE 400
                                                   PENSACOLA, FL 32502
                                                   850/444-4000
                                                   Fax: 850/434-9050
                                                   Email: dixie.morrow@usdoj.gov
                                                   *TERMINATED: 09/13/2004*
                                                   *LEAD ATTORNEY*

                                                   **ROBERT GARDNER DAVIES**
                                                   US ATTORNEY - PENSACOLA FL
                                                   NORTHERN DISTRICT OF

FLORIDA
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4071
Fax: 850/434-2593
Email: robert.davies@usdoj.gov
*ATTORNEY TO BE NOTICED*

**THOMAS P SWAIM**
US ATTORNEY - PENSACOLA FL
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4000
Fax: 850/434-9050
Email: thomas.swaim@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 1 | INDICTMENT as to RICHARD ANGELO ZUCCO (1) count(s) 1, 3, DAWN N ZUCCO (2) count(s) 2, 3. (jrm, Pensacola) (Entered: 07/23/2004) |
| 07/21/2004 | 2 | CRIMINAL COVER SHEET by USA as to RICHARD ANGELO ZUCCO (copy to US Marshal) (jrm, Pensacola) (Entered: 07/23/2004) |
| 08/04/2004 | 7 | Minute Entry for proceedings held before Judge ELIZABETH M TIMOTHY :Initial Appearance as to RICHARD ANGELO ZUCCO held on 8/4/2004 (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 8 | CJA 23 Financial Affidavit by RICHARD ANGELO ZUCCO (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to RICHARD ANGELO ZUCCO . Signed by Judge ELIZABETH M TIMOTHY on 8/4/04. (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 10 | ORDER OF DETENTION - HEARING WAIVED as to RICHARD ANGELO ZUCCO . Signed by Judge ELIZABETH M TIMOTHY on 8/4/04. (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 12 | Minute Entry for proceedings held before Judge ROGER VINSON :Arraignment as to RICHARD ANGELO ZUCCO (1) Count 1,3 and DAWN N ZUCCO (2) Count 2,3 held on 8/4/2004 (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 13 | SCHEDULING ORDER as to RICHARD ANGELO ZUCCO, DAWN N ZUCCO Plea Agreement due by 9/8/2004. Jury Selection set for 9/13/2004 09:00 AM in Courtroom 5 before JUDGE ROGER VINSON. Jury Trial set for 9/13/2004 09:00 AM in Courtroom 5 before JUDGE |

|  |  |  |
|---|---|---|
|  |  | ROGER VINSON. Signed by Judge ROGER VINSON on August 4, 2004. (jrm, Pensacola) (Entered: 08/06/2004) |
| 08/06/2004 | 11 | NOTICE OF ATTORNEY APPEARANCE: THOMAS S KEITH appearing for RICHARD ANGELO ZUCCO (KEITH, THOMAS) (Entered: 08/06/2004) |
| 08/09/2004 | 15 | NOTICE OF ATTORNEY APPEARANCE THOMAS P SWAIM appearing for USA. (SWAIM, THOMAS) (Entered: 08/09/2004) |
| 09/08/2004 | 24 | NOTICE OF HEARING as to RICHARD ANGELO ZUCCO Change of Plea Hearing [on Count One only] set for 9/10/2004 10:00 AM in Courtroom 5 before JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 09/08/2004) |
| 09/08/2004 | 25 | Letter from Thomas S. Keith, AFPD to Thomas P. Swaim, AUSA re: discovery information request (jrm, Pensacola) (Entered: 09/09/2004) |
| 09/10/2004 | 26 | STATEMENT OF FACTS by USA as to RICHARD ANGELO ZUCCO 24 Notice of Hearing (SWAIM, THOMAS) (Entered: 09/10/2004) |
| 09/10/2004 | 27 | Minute Entry for proceedings held before Judge ROGER VINSON :Change of Plea Hearing as to RICHARD ANGELO ZUCCO held on 9/10/2004, Plea entered by RICHARD ANGELO ZUCCO (1) Guilty Count 1. Count 3 dismissed by the Government. (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 09/10/2004) |
| 09/10/2004 | 28 | NOTICE OF HEARING as to RICHARD ANGELO ZUCCO Sentencing set for 11/23/2004 09:00 AM in Courtroom 5 before JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 09/10/2004) |
| 09/10/2004 |  | (Court only) Terminate Deadlines and Hearings as to RICHARD ANGELO ZUCCO : Re: 27 Minute Entry for proceedings held before Judge ROGER VINSON :Change of Plea Hearing as to RICHARD ANGELO ZUCCO held on 9/10/2004, Plea entered by RICHARD ANGELO ZUCCO (1) Guilty Count 1. Count 3 dismissed by the Government. (Court Reporter Paul Rayborn.) (jrm, Pensacola) (jrm, Pensacola) (Entered: 09/10/2004) |
| 09/13/2004 | 29 | NOTICE *TO STOP NOTICE OF ELECTRONIC FILING* by USA as to RICHARD ANGELO ZUCCO, DAWN N ZUCCO (MORROW, DIXIE) (Entered: 09/13/2004) |
| 09/13/2004 |  | (Court only) ***Staff Notes as to RICHARD ANGELO ZUCCO, DAWN N ZUCCO : Electronic noticing has been terminated for Attorney Dixie Morrow, AUSA, for the United States, as per her request re: Document no. 29 (jrm, Pensacola) (Entered: 09/13/2004) |
| 10/08/2004 | 33 | NOTICE OF HEARING as to RICHARD ANGELO ZUCCO Sentencing set for 11/23/2004 10:00 AM (Time change only) in Courtroom 5 before JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 10/08/2004) |
| 10/19/2004 | 35 | PSR Letter as to RICHARD ANGELO ZUCCO (mjm, Pensacola) (Entered: 10/29/2004) |

| | | |
|---|---|---|
| 11/23/2004 | ●39 | Minute Entry for proceedings held before Judge ROGER VINSON :Sentencing held on 11/23/2004 for RICHARD ANGELO ZUCCO. Sentencing continued until Thursday, December 2, 2004, at 1:30 p.m. (Court Reporter Paul Rayborn.) (jrm, Pensacola) Additional attachment(s) added on 11/23/2004 (jrm, Pensacola). (Entered: 11/23/2004) |
| 11/23/2004 | ● | Set/Reset Hearings as to RICHARD ANGELO ZUCCO : Sentencing set for 12/2/2004 01:30 PM in Courtroom 5 before JUDGE ROGER VINSON. (jrm, Pensacola) (Entered: 11/23/2004) |
| 11/23/2004 | ●41 | ORDER as to RICHARD ANGELO ZUCCO that the United States Marshal personally transport David Allen Neddeff from Pensacola, Florida to Fort Wayne, Indiana, as soon as possible. Signed by Judge ROGER VINSON on November 23, 2004. (jrm, Pensacola) (Entered: 11/23/2004) |
| 12/02/2004 | ●43 | Minute Entry for proceedings held before Judge ROGER VINSON :Sentencing held on 12/2/2004 for RICHARD ANGELO ZUCCO (1), Count(s) 1, SENTENCING HEARING continued from November 23, 2004. Defendant sentenced to the custody of the Bureau of Prisons for a term of 24 months to be served consecutive to current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. 3 years S/R to be served concurrent with current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. Fine $1000.00. SMA: $100.00 SEE FORMAL JUDGMENT. Count(s) 3, Count three dismissed upon motion of the United States. (Court Reporter Paul Rayborn.) (jrm, Pensacola) (Entered: 12/13/2004) |
| 12/14/2004 | ●44 | JUDGMENT as to RICHARD ANGELO ZUCCO (1), Count(s) 1, SENTENCING HEARING continued from November 23, 2004. Defendant sentenced to the custody of the Bureau of Prisons for a term of 24 months to be served consecutive to current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. 3 years S/R to be served concurrent with current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69. Fine $1000.00. SMA: $100.00 SEE FORMAL JUDGMENT. Count(s) 3, Count three dismissed upon motion of the United States . Signed by Judge ROGER VINSON on December 13, 2004. (jrm, Pensacola) (Entered: 12/14/2004) |
| 12/14/2004 | | (Court only) ***Terminated defendant RICHARD ANGELO ZUCCO, pending deadlines, and motions. (jrm, Pensacola) (Entered: 08/09/2006) |
| 12/16/2004 | ●45 | NOTICE OF APPEAL by RICHARD ANGELO ZUCCO re 44 Judgment, (KEITH, THOMAS) . (Entered: 12/16/2004) |
| 12/16/2004 | ●46 | Transmission of Notice of Appeal and Docket Sheet as to RICHARD ANGELO ZUCCO to US Court of Appeals re 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 12/16/2004) |
| 12/17/2004 | ● | Set Appeal Deadlines as to RICHARD ANGELO ZUCCO re 45 Notice |

| | | |
|---|---|---|
| | | of Appeal - Final Judgment filed by RICHARD ANGELO ZUCCO, Clerk to check status of Appeal on 2/16/2005, Transcript Order Form due by 1/16/2005 (djb, Pensacola) (Entered: 12/17/2004) |
| 12/23/2004 | 50 | USCA Case Number as to RICHARD ANGELO ZUCCO 04-16568-A (djb, Pensacola) (Entered: 12/28/2004) |
| 12/23/2004 | 51 | USCA PROCEDURAL LETTER re: 45 NOTICE OF APPEAL by RICHARD ANGELO ZUCCO USCA Appeal # 04-16568-A (djb, Pensacola) (Entered: 12/28/2004) |
| 12/23/2004 | 52 | TRANSCRIPT REQUEST by RICHARD ANGELO ZUCCO for proceedings held on 11/23/04, 12/2/04 and 9/10/04 before Judge Roger Vinson, re 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 12/28/2004) |
| 01/04/2005 | 53 | TRANSCRIPT Acknowledgement - Part II re 45 Notice of Appeal - Final Judgment Court Reporter:W. Paul Rayborn Transcript due by 2/4/2005. (djb, Pensacola) (Entered: 01/05/2005) |
| 01/05/2005 | 54 | NOTICE OF ATTORNEY APPEARANCE ROBERT GARDNER DAVIES appearing for USA. *NOTICE OF APPEARANCE ON APPEAL* (DAVIES, ROBERT) (Entered: 01/05/2005) |
| 01/18/2005 | 55 | NOTICE *of Substitution of Counsel* by RICHARD ANGELO ZUCCO (SPIVEY, GWENDOLYN) (Entered: 01/18/2005) |
| 01/19/2005 | 56 | NOTICE OF ATTORNEY APPEARANCE: GWENDOLYN SPIVEY appearing for RICHARD ANGELO ZUCCO *for Purposes of Appeal* (SPIVEY, GWENDOLYN) (Entered: 01/19/2005) |
| 02/03/2005 | 57 | NOTICE of Filing Transcript by Court Reporter in District Court - re 45 Notice of Appeal - Final Judgment Court Reporter: W. Paul Rayborn Certificate of Readiness due by 2/18/2005 (djb, Pensacola) (Entered: 02/04/2005) |
| 02/03/2005 | 58 | TRANSCRIPT (Rearraignment) filed as to RICHARD ANGELO ZUCCO for dates of 9/10/2004 before Judge Roger Vinson, re 45 Notice of Appeal - Final Judgment Court Reporter: Paul Rayborn. (djb, Pensacola) (Entered: 02/04/2005) |
| 02/03/2005 | 59 | TRANSCRIPT (First day of Sentencing) filed as to RICHARD ANGELO ZUCCO for dates of 11/23/2004 before Judge Roger Vinson, re 45 Notice of Appeal - Final Judgment Court Reporter: Paul Rayborn. (djb, Pensacola) (Entered: 02/04/2005) |
| 02/04/2005 | 60 | TRANSCRIPT (Sentencing Second Day) filed as to RICHARD ANGELO ZUCCO for dates of 12/2/2004 before Judge Roger Vinson, re 45 Notice of Appeal - Final Judgment Court Reporter: Paul Rayborn. (djb, Pensacola) (Entered: 02/04/2005) |
| 02/24/2005 |  | Set Deadlines as to RICHARD ANGELO ZUCCO re 45 Notice of Appeal - Final Judgment filed by RICHARD ANGELO ZUCCO, Clerk to check status of Appeal on 5/16/2005 (djb, Pensacola) (Entered: |

| | | |
|---|---|---|
| | | 02/24/2005) |
| 02/24/2005 | ●62 | CERTIFICATE OF READINESS re 45 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:1; Number of Transcripts:3; Number of Exhibits:1 as to RICHARD ANGELO ZUCCO 04-16568-A (djb, Pensacola) (Entered: 02/24/2005) |
| 03/02/2005 | ●65 | Judgment Returned Executed as to RICHARD ANGELO ZUCCO on February 3, 2005 at FCI Marianna at Marianna, FL. (jrm, Pensacola) (Entered: 03/03/2005) |
| 03/10/2005 | ●68 | USCA Acknowledgement 62 Certificate of Readiness as to RICHARD ANGELO ZUCCO USCA Appeal # 04-16568-A (djb, Pensacola) (Entered: 03/10/2005) |
| 05/02/2005 | ●70 | REQUEST by USCA for the record on appeal as to RICHARD ANGELO ZUCCO, USCA Appeal #04-16568-AA. (djb, Pensacola) (Entered: 05/03/2005) |
| 05/05/2005 | ●71 | Certified and Transmitted Record on Appeal as to RICHARD ANGELO ZUCCO to US Court of Appeals re 45 Notice of Appeal - Final Judgment (Attachments: # 1 Lined docket sheet)(djb, Pensacola) (Entered: 05/05/2005) |
| 05/16/2005 | ●72 | USCA Acknowledgement 71 Appeal Record Sent to USCA as to RICHARD ANGELO ZUCCO USCA Appeal # 04-16568-AA (djb, Pensacola) (Entered: 05/18/2005) |
| 05/17/2005 | ● | Set Deadlines as to RICHARD ANGELO ZUCCO re 45 Notice of Appeal - Final Judgment, 71 Appeal Record Sent to USCA Clerk to check status of Appeal on 9/17/2005 (djb, Pensacola) (Entered: 05/17/2005) |
| 09/07/2005 | ●74 | Appeal Record Returned as to RICHARD ANGELO ZUCCO: 45 Notice of Appeal - Final Judgment. 1 vol of pleadings, 3 transcripts and 1 PSI (djb, Pensacola) (Entered: 09/12/2005) |
| 09/07/2005 | ●75 | MANDATE of USCA (certified copy) as to RICHARD ANGELO ZUCCO re 45 Notice of Appeal - Final Judgment. AFFIRMED the district court decision. (djb, Pensacola) (Entered: 09/12/2005) |
| 10/06/2005 | ● | Appeal Deadlines Terminated as to RICHARD ANGELO ZUCCO re 45 Notice of Appeal - Final Judgment filed by RICHARD ANGELO ZUCCO, (djb, Pensacola) (Entered: 10/06/2005) |
| 09/15/2006 | ●77 | MOTION for Deferment of Fine Payments by RICHARD ANGELO ZUCCO. (jrm, Pensacola) (Entered: 09/15/2006) |
| 09/15/2006 | ● | Set/Reset Deadlines re Motion or Report and Recommendation in case as to RICHARD ANGELO ZUCCO 77 MOTION for Deferment of Fine Payments. *(Internal deadline for referral to judge if response not filed earlier: 10/3/2006)* (jrm, Pensacola) (Entered: 09/15/2006) |
| 10/12/2006 | ● | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Vinson |

|  |  | notified that action is needed Re: 77 MOTION for Deferment of Fine Payments filed by RICHARD ANGELO ZUCCO. No response filed by USA. (jrm) (Entered: 10/12/2006) |
| --- | --- | --- |
| 10/17/2006 | ●82 | ORDER denying 77 Motion for Deferment of Fine Payments as to RICHARD ANGELO ZUCCO (1). Payment of the fine while incarcerated is voluntary and is not required. See page 7 of the Judgment. Signed by Judge ROGER VINSON on October 17, 2006. (jrm) (Entered: 10/17/2006) |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RICHARD ANGELO ZUCCO,
 a/k/a Rich Zucco
and
DAWN N. ZUCCO

INDICTMENT

3:04cr75/RV

THE GRAND JURY CHARGES:

COUNT ONE

That on or about June 1, 2004, in the Northern District of Florida, the defendant,

RICHARD ANGELO ZUCCO,
a/k/a Rich Zucco,

having been lawfully committed to the custody of the Bureau of Prisons by virtue of a Judgment and Commitment Order entered by the United States District Court for the Eastern District of Texas, upon conviction for the commission of the felony offense of possession with intent to distribute a Schedule II controlled substance, namely 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly escape from such custody by willfully failing to remain within the extended limits of his confinement by failing to remain with his work detail on board

FILED IN OPEN COURT THIS
7/21/04
CLERK, U.S. DISTRICT
COURT, NORTHERN DIST. FLA.

Eglin Air Force Base, as directed by the Attorney General and the authorized representative of the Attorney General.

All in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

## COUNT TWO

That on or about June 1, 2004, in the Northern District of Florida, the defendant,

**DAWN N. ZUCCO,**

did knowingly and willfully aid and assist the escape, or attempt to escape, of Richard Angelo Zucco, a person committed to the custody of the Attorney General by virtue of a Judgment and Commitment Order of the United States District Court for the Eastern District of Texas, upon his conviction for the commission of the felony offense of possession with intent to distribute a Schedule II controlled substance, namely 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 752(a).

## COUNT THREE

That on or about June 1, 2004, in the Northern District of Florida, the defendants,

**RICHARD ANGELO ZUCCO,**
**a/k/a Rich Zucco**
**and**
**DAWN N. ZUCCO,**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Gerson Miguel Rivera, SIS Lieutenant, United States Bureau of Prisons, while he was engaged in or on account of the performance of his official duties, and did so with the use

of a deadly or dangerous weapon, and did aid and abet one another in so doing, in violation of Title 18, United States Code, Sections 111(a) and (b) and 2.

## SENTENCING ALLEGATIONS

As a result of their commission of the offenses alleged in this Indictment, including all relevant conduct that occurred during the commission of those offenses, and pursuant to the provisions of Title 18, United States Code, Section 3553, and Section 1B1.3 of the United States Sentencing Guidelines, the defendants, shall be sentenced to a term of imprisonment based upon the category applicable to those offenses and the category applicable to the defendants as set forth in the guidelines issued by the Sentencing Commission pursuant to Title 28, United States Code, subject to any amendments made to such guidelines.

A TRUE BILL:

_____
FOREPERSON

7/21/04
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
THOMAS P. SWAIM
Assistant United States Attorney

3

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: _____
Deputy Clerk

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco

Page 1 of 7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**RICHARD ANGELO ZUCCO a/k/a Rich Zucco**

Case # 3:04CR75-01/RV

USM # 04833-078

**Defendant's Attorney:**
Thomas Keith (AFPD)
Blount Building, Suite 200
3 West Garden Street
Pensacola, FL 32502

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One of the Indictment on September 10, 2004. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 751(a) and 4082(a) | Escape | June 1, 2004 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

Count(s) Three dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
Deputy Clerk    FILED

Date of Imposition of Sentence:
December 2, 2004

_____
ROGER VINSON
UNITED STATES DISTRICT JUDGE

December 13, 2004

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  Page 2 of 7
3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months to be served consecutive to current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69.**

The Court recommends to the Bureau of Prisons:

    Designation to the Bureau of Prisons Drug Treatment Program, if deemed eligible.

    Designation to the Bureau of Prisons facility at FCI Coleman.

    The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
                      Deputy U.S. Marshal

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  Page 3 of 7
3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years to be served concurrent to current term of imprisonment previously imposed in Eastern District of Texas docket number 1:94CR69.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case  
3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco

Page 4 of 7

associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. As deemed necessary by the Probation Officer, the defendant shall participate in a program of drug treatment which may include testing to determine if the defendant is using drugs.

2. Any unpaid fine balance shall become a condition of the defendant's term of supervised release, and the defendant shall make monthly installment payments of not less than $31.00 per month, to commence three months after release from imprisonment.

3. The defendant is required to submit to the collection of a DNA sample pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a) pursuant to 18 U.S.C. § 3583(d).

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  *Page 5 of 7*
*3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco*

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____        _____
**Defendant**                                 **Date**


_____        _____
**U.S. Probation Officer/Designated Witness**     **Date**

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case                                          Page 6 of 7
3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $100.00 | $1000.00 | $0.00 |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$100.00** is imposed.

### FINE

A fine in the amount of **$1000.00** is imposed.

### RESTITUTION

No restitution imposed.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*   *Page 7 of 7*
*3:04CR75-01/RV - RICHARD ANGELO ZUCCO a/k/a Rich Zucco*

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties.

Breakdown of fine and other criminal penalties is as follows:

**Fine: $1000.00   SMA: $100.00   Restitution: $0.00**

The $100.00 monetary assessment shall be paid immediately. Any payments of the monetary assessment and fine made while the defendant is incarcerated shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Any payments of the fine while the defendant is incarcerated shall be voluntary, and are not required.

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.